443 A.2d 401

Commonwealth v. Boyd, Jr., Appellant.

Argued September 10, 1980.   Neil E. Jokelson, for appellant;  Michele Golfarb, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and VAN der VOORT, JJ.

Judgment of sentence affirmed.

443 A.2d 401

Commonwealth v. Cottrell, Appellant.

Submitted April 6, 1981.   Elaine DeMasse, Assistant Public Defender, for appellant Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.